IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                               CASE NO. 1:95-cr-01017 MMP

GLENN LEVINSON,

　　Defendant.

_____/

**O R D E R**

　　This matter is before the Court on Doc. 28, Motion to Amend Order of Judgment and

Commitment, filed by Defendant Glenn Levinson.  In his motion, Mr. Levinson requests that the

judgment, Doc. 14, be amended to reflect that the offense to which he entered a plea of guilty

was a misdemeanor.  Because Mr. Levinson is currently attempting to receive his insurance

license from the State of Florida, he states that an official court document is necessary to clarify

whether he was adjudged guilty of a felony or misdemeanor.  The judgment as it stands reflects

the standard practice of the Court, and therefore Mr. Levinson's motion to amend the judgment

is denied.  However, since the information against Mr. Levinson was filed as a misdemeanor

rather than felony, when Mr. Levinson entered a plea of guilty, it was to a misdemeanor offense.

It is the Court's understanding that Mr. Levinson requires only an official court document

clarifying this issue.  Accordingly, on June 19, 1995, Defendant Glenn Levinson entered a plea

of guilty to a misdemeanor offense, admitting a violation of 26 U.S.C. § 6050I(f)(1)(A).  The

Clerk is directed to send Mr. Levinson a certified copy of this order.

　　**DONE AND ORDERED** this _13th_ day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge